1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760
5
6  Attorneys for United States of America



FILED

MAR 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In the Matter of the Tax Indebtedness of: | ) Case No. |
|---|---|
| ELON GOLF CONSTRUCTION, INC. | ) 2:10-mc-0033 FCD DAD |
| Ex Parte UNITED STATES OF AMERICA, and REVENUE OFFICER HANNAH JUCUTAN, | ) ORDER AUTHORIZING ENTRY UPON PREMISES TO EFFECT LEVY |
| Applicants for Order. | ) |

The UNITED STATES OF AMERICA and its Revenue Officer, HANNAH JUCUTAN, have applied for an Order to enter upon and into the premises located at 22865 S. Henry Rd., Escalon, California, for the purpose of searching for, levying upon, and seizing that certain 2007 Calabria WakeBoard Ski Boat (VIN BCP01102G607) with 330 HP inboard motor (#OW690269) and related Boat Trailer (VIN 4KUBS21297C119782), located at 22865 South Henry Road, Escalon California 95320 described in the declaration of HANNAH JUCUTAN.

Upon the showing made by the declaration under penalty of perjury of applicant HANNAH JUCUTAN, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities; (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities; (3) the taxpayer has neglected or refused to pay such federal tax liabilities; and (4) assets to which the federal tax liens has attached and subject to levy and seizure, are located on or within said premises. Entry onto the premises to search for and seize the assets to wit that certain 2007 Calabria WakeBoard Ski Boat (VIN BCP01102G607) with 330 HP inboard motor (#OW690269) and related

1  Boat Trailer (VIN 4KUBS21297C119782) subject to levy under the Internal Revenue laws is reasonable
2  under the circumstances.
3       NOW, THEREFORE, IT IS HEREBY ORDERED that HANNAH JUCUTAN, and/or such
4  other officers, contractors and agents of the Internal Revenue Service of the United States as it may
5  designate, are authorized and directed to enter upon and into the described premises during business
6  hours, or the daytime, within ~~twenty-one (21)~~ ten (10) DAD days from the date this Order is signed, for the purpose of
7  searching for and seizing the assets described in the Declaration of HANNAH JUCUTAN.

10      It is SO ORDERED this 25th day of March, 2010, at Sacramento, California.

*Dale A. Drozd*
UNITED STATES MAGISTRATE JUDGE

Order Granting United States' Application                                   -2-